**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LAZARO D.B.,

Petitioner,

v.

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*;

TODD BLANCHE, *Attorney General*;[1]

DAVID VENTURELLA, *Acting Director, Immigration and Customs Enforcement*; and

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*;

Respondents.

Civil No. 26-2798 (JRT/EMB)

**ORDER**

---

This matter is before the Court on the Report and Recommendation issued on July 20, 2026 (Docket No. 10). Respondents did not file a timely objection to the Report and Recommendation.

Based on the foregoing, and all the files, records, and proceedings herein **IT IS HEREBY ORDERED** that:

---

[1] Automatically substituted pursuant to Fed. R. Civ. P. 25(d).

1. The Magistrate Judge's Report and Recommendation (Docket No. [10]) is **ADOPTED**.

2. Petitioner Lazaro D.B.'s Amended Petition for Writ of Habeas Corpus (Docket No. [9]) is **GRANTED;**

3. Respondents are **ORDERED** to immediately release Lazaro in Minnesota, at a time and place communicated in advance to counsel, and with all his possessions;

4. Respondents shall release Petitioner without conditions, other than those which Petitioner was subject prior to his unlawful arrest;

5. Respondents are **ORDERED** promptly to file an update on the docket not later than **72 hours after this order** showing that such release has taken place.

6. Petitioner shall inform the Court by **no later than 12:00 noon on Monday, August 31, 2026,** if there is any reason why the Court should not close this matter. In the absence of the response from Petitioner by this date, the Court will close the matter.

DATED: August 26, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge